# IN THE SUPREME COURT OF IOWA

No. 14–0399

Filed January 22, 2016

**UZMA AMIN,**

Appellant,

vs.

**IOWA DEPARTMENT OF HUMAN SERVICES,**

Appellee.

---

Appeal from the Iowa District Court for Polk County, Scott D. Rosenberg, Judge.

A challenge to the timeliness of an appeal from a ruling and order by the district court dismissing a case for lack of jurisdiction. **APPEAL DISMISSED.**

Alfredo Parrish and Adam Witosky of Parrish Kruidenier Dunn Boles Gribble & Gentry L.L.P., Des Moines, for appellant.

Thomas J. Miller, Attorney General, and Barbara E.B. Galloway, Assistant Attorney General, for appellee.

**PER CURIAM.**

Uzma Amin's petition for judicial review of an agency action was dismissed by the district court for insufficient proof of service. The Iowa Department of Human Services filed a motion to dismiss under Iowa Code section 17A.19(2) (2013). An order sustaining a motion to dismiss was e-filed on February 3, 2014. On February 4, the Electronic Data Management System generated the electronic notice of the order, which included the "**Official File Stamp:** 02-03-2014:15:16:29." On March 6, thirty-one days after the order was filed, Amin filed a notice of appeal, which noted the order's issuance on February 3. The Iowa Rules of Appellate Procedure require a notice of appeal "be filed within 30 days after the filing of the final order or judgment." Iowa R. App. P. 6.101(1)(*b*). Based on our decision in *Concerned Citizens of Southeast Polk School District v. City Development Board*, ___ N.W.2d ___, ___ (Iowa 2015), we find the notice of appeal in this case was untimely and, therefore, dismiss the appeal.

**APPEAL DISMISSED.**

This opinion shall not be published.